**Order entered August 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00413-CV

**JOHN C. GANTER, Appellant**

**V.**

**INDEPENDENT BANK, F/K/A UNITED COMMUNITY BANK, N.A., Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-13675**

## ORDER

We **GRANT** appellee's August 24, 2015 unopposed second motion for extension of time to file brief and **ORDER** the brief be filed no later than September 25, 2015.


/s/     CRAIG STODDART
JUSTICE